**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL MINUTES–STATUS CONFERENCE**

Phoenix Division

 CR-10-08050-01-PHX-NVW        DATE: April 14, 2011
Year    Case No.   Dft #

HON: NEIL V. WAKE         Judge # 7032

USA v.  Capito        Ronald         M.
         Last Name    First Name    Middle Initial
DEFENDANT: XX  Present_ Not Present __ Released X Custody __Writ

Deputy Clerk: Nicholas Sommers    Crt Rptr/ECR: Laurie Adams

U.S Atty: Alison Bachus and Cassie Woo   Dft counsel: Mark Berardoni (CJA)
===========================================================================

**PROCEEDINGS**:  X Open Court   _Chambers    _Other

This is the time set for status conference regarding the pending motions (Docs. 41, 43, 53, and 77) in this case.

Counsel and the defendant are present as stated above. Also present: FBI Special Agent Lance Leising. Discussion is held regarding the Government's Motion to Sever Counts Pursuant to Fed. R. Crim. P. 14(a) (Doc. 41). The Court denies the motion for the reasons stated on the record. Discussion is held regarding the Defendant's Motion for Revocation of Detention Order Pending Trial (Doc. 77). The Court denies the motion for the reasons stated on the record. Discussion is held regarding the Defendant's Motion to Suppress (Doc. 43). The Court denies the motion for the reasons stated on the record. Discussion is held regarding the Government's Motion to Admit Other Act and Conspiracy Evidence (Doc. 53). The Court will allow the Government's other evidence. However, the Court will not grant the evidence in the full detail as it pertains to the alleged beating. These facts can be re-argued by counsel as the trial date approaches.

Time in Court: 1 hr. 45 mins.